**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7644**

_____

GEORGE BEESLEY BOYD,

                                   Petitioner - Appellant,

        versus

J. MICHAEL STOUFFER; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

                                   Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CA-01-2564-S)

_____

Submitted:  February 12, 2002        Decided:  March 27, 2002

_____

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

George Beesley Boyd, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Beesley Boyd appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001), and denying reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Boyd v. Stouffer, No. CA-01-2564-S (D. Md. Aug. 29, 2001; filed Sept. 12, 2001 and entered Sept. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED